805 A.2d 454

IN THE MATTER OF JAMES S. DEBOSH,
AN ATTORNEY AT LAW.

September 19, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–452, concluding that **JAMES S. DEBOSH** of **PHILLIPSBURG,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of three months effective January 2, 2001, by Order of this Court filed December 5, 2001, and who remains suspended at this time, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JAMES S. DEBOSH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.